IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRUCE WHITE, | ) CIVIL NO. 09-00571 DAE-KSC |
| | ) |
| Plaintiff, | ) FINDINGS AND |
| | ) RECOMMENDATION TO DENY |
| vs. | ) PLAINTIFF'S MOTION FOR |
| | ) DEFAULT JUDGMENT |
| INDYMAC BANK, FSB; ONEWEST BANK, FSB; DOES 1 THROUGH 20, inclusive, | ) |
| | ) |
| Defendants. | ) |

FINDINGS AND RECOMMENDATION TO DENY
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Before the Court is Plaintiff Bruce White's ("Plaintiff") Motion for Default Judgment ("Motion"), filed August 22, 2011.

The Court finds this matter suitable for disposition without a hearing pursuant to Rule 7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawaii ("Local Rules"). After reviewing the Motion and the supporting memorandum, the Court HEREBY FINDS AND RECOMMENDS that Plaintiff's Motion be DENIED.

Plaintiff's request for default judgment is premature, insofar as an entry of default must precede a motion for default judgment. See Fed. R. Civ. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."). Default has not entered against Defendant OneWest Bank ("Defendant"), nor would it likely enter even if Plaintiff made a formal request because Defendant has actively participated in this litigation and has defended its position. Moreover, Defendant filed an Answer on August 22, 2011.

Accordingly, the Court recommends that the district court DENY Plaintiff's Motion for Default Judgment.

IT IS SO FOUND AND RECOMMENDED.

Dated:  Honolulu, Hawaii, August 24, 2011.



/s/ Kevin S.C. Chang
Kevin S.C. Chang
United States Magistrate Judge

CV 09-00571 DAE-KSC; White v. Indymac Bank, et al.; FINDINGS AND
RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT